UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Boaphan Sengchareun,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Paul Thompson,<br><br>　　　　　Defendant. | No. 2:21-cv-00783-KJM-JDP<br><br>ORDER |

The previously assigned district judge held that this matter was not ripe for review. Prev. Opinion at 3, ECF No. 13. Specifically, he found "[a]lthough Sengchareun avers that he has obtained earned time credits since he entered custody in 2013, a review of the legislation shows that earned time credits have not yet been established." *Id.* at 4 (citing 19 U.S.C. § 3621(h)(2)(A)–(B). He also found "[t]he overwhelming majority of courts to have considered similar inmate challenges have come to the conclusion that BOP is not yet required to award earned time credits, and thus § 2241 petitions seeking the award of such credits are premature and unripe at this time." *Id.* (collecting cases). Sengchareun now moves for reconsideration and consolidation of cases, ECF No. 13.

A motion for reconsideration or relief from a judgment is appropriately brought under either Rule 59(e) or Rule 60(b). *Fuller v. M.G. Jewelry*, 950 F.2d 1437, 1442 (9th Cir. 1991) (citation omitted). The court considers the filing under Rule 59(e). Fed. R. Civ. P. 59(e) (setting

a 28-day window to file the motion).  Under Rule 59(e), three grounds may justify reconsideration: (1) an intervening change in controlling law; (2) the availability of new evidence; or (3) the need to correct clear error or prevent manifest injustice.  *See Kern-Tulare Water Dist. v. City of Bakersfield*, 634 F. Supp. 656, 665 (E.D. Cal. 1986), *rev'd in part on other grounds*, 828 F.2d 514 (9th Cir. 1987).  Similarly, Local Rule 230(j)(3)–(4) requires that a movant seeking reconsideration identify "what new or different facts or circumstances" exist, or any other grounds, to justify reconsideration of a court's prior order.  E.D. Cal. R. 230(j)(3)–(4).

Sengchareun's filing does not provide any justification for the court to reconsider the prior ruling.  Accordingly, the court **denies the motion**.

This order resolves ECF No. 13.

IT IS SO ORDERED.

DATED:  October 21, 2021.

CHIEF UNITED STATES DISTRICT JUDGE